| | | | |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | AUSA: Sara Woodward<br>Special Agent: Brian Brown | Telephone: (313) 226-9100<br>Telephone: (313) 965-2323 | |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
   v.

Brendan Patrick-Harold BONNER

Case No.   Case: 2:24−mj−30466
Assigned To : Unassigned
Assign. Date : 10/29/2024
Description: COMP USA V. BONNER (KB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 27, 2024__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1951 | Interference with Commerce by Threats or Violence |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Brian Brown - FBI
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __October 29, 2024__

_____
*Judge's signature*

City and state: __Detroit, Michigan__   Hon. Anthony P. Patti, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Special Agent Brian Brown, being sworn, depose and state the following:

## INTRODUCTION AND BACKGROUND

1. I am a special agent with the Federal Bureau of Investigation and have been since December 2022. I am currently assigned to the FBI Detroit Violent Crime Task Force (VCTF). I have conducted or assisted in numerous investigations of federal and state violations, including crimes of violence, firearms, and drug trafficking. I have gained experience through training and everyday work related to these types of investigations.

2. The information set forth in this affidavit is based on my review of information from other law enforcement agents and investigators, witnesses, and individuals with knowledge of this matter; my investigation; my review of documents, photographs, and videos; and information gained through my training and experience.

3. The information in this affidavit is provided for the limited purpose of establishing probable cause and does not set forth all details or facts related to this investigation.

1

4. The FBI is investigating BRENDAN BONNER (DOB: XX/XX/1990) for violations of 18 U.S.C. § 1951, interference with commerce by threats or violence.

## PROBABLE CAUSE

5. On October 27, 2024, at 12:46am, Intimate Ideas located on Warren Road in Westland, Michigan was robbed by a white male wearing a partial skeleton mask, black jacket and dark pants. The robber entered the store and produced a firearm from his waistband, pointing it at the clerk. The robber demanded that the clerk hand over money from the register. The robber then put the handgun back into his waistband and was able to open the cash register himself. The robber took approximately $422 from the register before fleeing the store.

6. The robber was captured on the store's surveillance video. A still image from the video is below:



2

7. On October 27, 2024, at 6:25am, a man wearing a clown mask and green jacket attempted to rob a McDonald's restaurant on Ford Road in Westland, Michigan. The man entered the store with a black handgun and demanded money from the register. The store was closed at the time of the attempted robbery, so employees were not able to comply with the robber's demands. The robber then grabbed and attempted to open a register as employees fled from the store. The robber was unable to take any money. He then fled the store on foot.

8. Shortly after the attempted robbery of McDonald's described in paragraph 7, a man wearing a clown mask entered a Shell gas station on Ford Road in Garden City, Michigan. The Shell gas station was approximately .6 miles from the McDonald's. The robber pointed a black handgun at the clerk and demanded money from the cash register. The robber told the clerk "You got 30 seconds before I start shooting." The teller complied with the robber's demands and gave the robber approximately $1,070. The robber accepted the money, said "thank you" and exited the store heading southbound towards an apartment complex located at 32*** Pardo in Garden City, Michigan.

9. The robber was captured on the gas station's surveillance video. A still photo from the incident is below:



10. Garden City police patrolling the area of the Shell gas station located a man sitting inside of a car in front of the apartments located at 32*** Pardo. The man matched the description of the robber. The man had a bald head, beard, and was wearing a green jacket.

11.     The man, later identified as BRENDAN BONNER, was taken out of the vehicle and placed into custody.

12.     Located inside of the driver's side door pocket of the car was a black, polymer P80, semiautomatic handgun. A clown mask was located on the driver side floorboard, and latex gloves were observed near the center console of the car. BONNER had money wrapped in a rubber band in his pocket. Pictures of the mask, gun, and money are below:



13.     Police conducted a search of BONNER's residence located at 33*** Farmington Ct. in Westland, Michigan. Located inside of the home was money, as well as a partial skeleton mask and clothing that matched those worn during the robbery of Intimate Ideas.

14. Police conducted an interview of a person (Reporting Person 1, or RP-1) who was present at the home during the search. RP-1 told police that prior to the Intimate Ideas robbery, BONNER took a mask that was black and white in color and covered half his face, along with a gun that he made by ordering parts online. BONNER told RP-1 that he was going out to do a robbery. When BONNER returned to the home, he told RP-1 that he robbed Intimate Ideas at gunpoint. RP-1 said that BONNER cleaned the money for hours so that his fingerprints wouldn't be on it. BONNER told RP-1 that he did not bring his cell phone with him to the robbery because he has knowledge of cell phone towers and GPS location. RP-1 further stated that the second time BONNER left the home, he took a clown mask and the same handgun.

15. During an interview with police, BONNER admitted to his role in all three robberies.

## CONCLUSION

16. BONNER was arrested in possession of the clown style mask used in the attempted robbery of McDonalds as well as the armed robbery of the Shell gas station. Also found inside the car were latex gloves and BONNER had cash wrapped inside of rubber band in his pocket. A

black handgun that matched the one observed on surveillance videos was located inside of the car BONNER was found in right after the robbery of the Shell Gas Station.

17. The robberies of Intimate Ideas and Shell gas station, and the attempted robbery of McDonald's, affected interstate commerce by interfering with or changing the movement of goods, merchandise, money, or other property in commerce between different states.

18. Based on the foregoing, there is probable cause to believe that BRENDAN BONNER violated 18 U.S.C. § 1951, interference with commerce by threats or violence.

Respectfully submitted,

_____
Brian Brown, Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
HON. ANTHONY P. PATTI
UNITED STATES MAGISTRATE JUDGE

Date: October 29, 2024

7